No. 69453.—Bloomfield Industries, Inc. *v.* United States, protest 64/15337–14398 (Chicago).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of battery-powered mixers or swizzle sticks similar in all material respects to those the subject of Abstract 68974, the claim of the plaintiff was sustained.

No. 69454.—Gallagher & Ascher Company *v.* United States, protest 63/3384–13252 (Chicago).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the termination consists of electric vacuum cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

No. 69455.—Lafayette Brass Mfg. Co., Inc. *v.* United States, protest 59/23230 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of brass aerators similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiff was sustained.